■ In the Matter of JOHN P. FINNEGAN, Appellant. COMMISSIONER OF LABOR, Respondent. [45 NYS3d 819]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 6, 2015, which denied claimant's application for reopening and reconsideration of a prior decision.

Decision affirmed. No opinion.

McCarthy, J.P., Egan Jr., Rose, Clark and Aarons, JJ., concur. Ordered that the decision is affirmed, without costs.